United States District Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TAMMIE SMITH** § | |
| *Plaintiff* § | |
| § | |
| v. § | Case No. 4:23-cv-03919 |
| § | |
| **ASI LLOYDS** § | |
| *Defendant* § | |

## ORDER

On June 20, 2024, the parties came before the Court for a dispute regarding the sufficiency of Plaintiff's responses to discovery as outlined in the Joint Discovery Dispute letter submitted on June 14, 2024, [Doc. 23]. Plaintiff appeared by and through her counsel, Chris Carmona. Defendant appeared by and through its counsel, Carin Marcussen and Rachel Hancock. After reviewing that material submitted and hearing the arguments of counsel, the Court finds that Plaintiff has failed to provide proper responses Defendant ASI Lloyds' First set of Interrogatories to Plaintiff Tammie Smith and Defendant ASI Lloyds First Set of Requests for Production to Plaintiff Tammie Smith. Therefore, Plaintiff is ordered to complete the following discovery within twenty-one (21) days from the date of this order, as follows:

Plaintiff must provide complete, non-evasive, and newly verified answers to Defendant's Interrogatory Nos. 1, 2, 3, 4, 5, 6, 7, 8, 11, 13, 14, 15, 16, and 17;

Plaintiff must provide complete, non-evasive responses to Defendant's Requests for Production Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 17, 18, 19, and 20; and

Plaintiff is further ordered to state that there are documents responsive to the request and produce them, or state that there are no documents responsive to the request.

It is further ordered, that if Plaintiff does not comply with this ORDER, pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) and Fed. R. Civ. P. 41(b), the case may be dismissed with prejudice.

IT IS SO ORDERED this 21st day of June, 2024.

_____
The Honorable Andrew M. Edison
UNITED STATES MAGISTRATE JUDGE